IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00514-WDM-CBS

WBS CONNECT, LLC.,
a Colorado limited liability company,

    Plaintiff,

v.

ONE STEP CONSULTING, INC.,
a New York corporation,
CHARLES GUCKER, an individual, and
CHRISTOPHER ZYDEL, an individual,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that parties' Joint Motion to Stay Discovery and to Suspend the Case Plan and Scheduling Deadlines (*doc. no. 45)* is **GRANTED**. All discovery and case management deadlines are STAYED pending the parties valuation process and while a settlement is being considered.

    IT IS FURTHER ORDERED that the telephonic status conference set for November 14, 2007 at 9:00 a.m. remains set on the court's docket. Counsel shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    September 14, 2007