IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00514-WDM

WBS CONNECT, LLC., et al.,

    Plaintiffs,

v.

ONE STEP CONSULTING, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, this case, including all claims, are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on June 2, 2008.

                                                  BY THE COURT:


                                                s/ Walker D. Miller
                                                United States District Judge

PDF FINAL